AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 JUL -6 AM 9:12

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raymond Gachupin | ) | Case No. |
| | ) | 16mj2838 |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Raymond Gachupin                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  See attached affidavit to the criminal complaint.

Date: 7-5-16

_____
Issuing officer's signature

City and state:   Albuquerque, New Mexico

Kirtan Khalsa U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 7/5/16 , and the person was arrested on *(date)* 7/6/16
at *(city and state)* Bernalillo, NM .

Date: 7/6/16

_____
Arresting officer's signature

Ross Zierwer, Special Agent - FBI
Printed name and title